SCAP-14-0000935

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

GERALD L. AUSTIN, Petitioner/Defendant-Appellant.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-14-0000935; CR. NO. 12-1-0127)

ORDER GRANTING APPLICATION FOR TRANSFER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Defendant-Appellant Gerald L. Austin's application for transfer, filed on June 12, 2015, and the record,

IT IS HEREBY ORDERED that the application for transfer is granted pursuant to HRS § 602-58(a)(3) (Supp. 2014). This case is transferred to the supreme court effective the date of this order.

DATED: Honolulu, Hawaiʻi, July 7, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

